**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4161-GW-MAAx | Date | October 2, 2023 |
|---|---|---|---|
| Title | *Myron Hale v. Capital One, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

None Present                                                 None Present

**PROCEEDINGS:**   **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On September 19, 2023, an Order to Show Cause for Lack of Prosecution [9] was issued. Plaintiff was given until September 29, 2023 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG